SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal Bar No. 211426
spetersen@sheppardmullin.com
LISA YUN PRUITT, Cal Bar No. 280812
lpruitt@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130
Telephone:  858.720.8900
Facsimile:  858.509.3691

Attorneys for Defendant
ADRIANA'S INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO GARCIA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ADRIANA'S INSURANCE SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 5:25-cv-00024-SHK<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT**<br><br>Courtroom 3 or 4, 3rd Floor (Riverside)<br><br>The Hon. Shashi H. Kewalramani |

TO THE HONORABLE COURT AND ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Plaintiff Roberto Garcia and Defendant Adriana's Insurance Services, Inc. ("AIS") have settled all individual claims between them in this matter. Within the next sixty (60) days, the parties expect to file a Stipulation of Dismissal with prejudice as to Plaintiff Roberto Garcia's individual claims and without prejudice as to any claims of the uncertified putative class members. AIS requests that the Court vacate all pending deadlines and hearings in this matter. AIS further requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: March 13, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/Lisa Yun Pruitt*
SHANNON Z. PETERSEN
LISA YUN PRUITT

Attorneys for Defendant
ADRIANA'S INSURANCE SERVICES, INC.